## Second Department, June, 1936.

Fanny Sobel and Sidney Sobel, Appellants, v. Anna Feinstein, Respondent. — Action by the plaintiff wife to recover damages for personal injuries sustained when she fell on the back porch of the house owned by defendant, and by her husband to recover for medical expenses and loss of services. A verdict was rendered in the wife's favor in the sum of $500 and in the husband's favor in the sum of $250. The appeal is from an order denying plaintiffs' motion to set aside the verdicts on the ground of inadequacy. On argument, order reversed on the facts and a new trial granted, costs to appellants to abide the event, unless within ten days from the entry of the order hereon defendant stipulate that the verdict in favor of plaintiff Fanny Sobel be increased to $2,000. If defendant so stipulate, the order is unanimously affirmed, without costs. We are of opinion that the verdict in favor of the plaintiff husband is adequate, but that as to the plaintiff wife the verdict is clearly inadequate. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

Giacomo Alleva, Appellant, v. Maryland Casualty Company, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

Rose D. April and Lenore April, an Infant, by Rose D. April, Her Guardian ad Litem, Appellants, v. Philip April, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

Brunswick, Praver & Nassof, Inc., and Jacob L. Sachs, Respondents, v. Triboro Properties, Inc., Appellant.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

Hersh Cohen, Plaintiff, v. Michelina Mancuso, Defendant; Thomas A. Walsh, Respondent; Willy Ringelsbacher, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

Ray G. Harrison, Appellant, v. Tony Gargiulo and Another, Respondents. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

Rose Hupola, Respondent, v. Jacob Kogel and Morris Kogel, Appellants, and George I. Matthews, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of David N. Sugarman, an Attorney and Counselor at Law, Respondent.— The testimony clearly shows that respondent converted at least $200 belonging to his client. The giving of notes therefor did not exculpate him. The recommendation of the official referee is confirmed and respondent is suspended from the practice of the law for a period of two years. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.